IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUTH PRANGA and BRAD PRANGA | : : : |
| Plaintiffs | : : |
| v. | : CIVIL ACTION : FILE NO. |
| MARY EMILY SANDERS, PORTIER LLC, UBER TECHNOLOGIES INC., UBER TECHNOLOGIES (GA) INC., and RASIER LLC | : : : : : : : |
| Defendants | : |

## **PETITION FOR REMOVAL**

TO: The Judges of the United States District Court, Northern District of Georgia

The Petition of Defendants Mary Emily Sanders, Portier LLC, Uber Technologies Inc., Uber Technologies (GA) Inc., and Rasier LLC respectfully shows the Court as follows:

1.

A civil action has been brought against the above-named Defendants in the State Court of Henry County, Georgia, being Civil Action No. STSV2023002685, wherein Plaintiffs Ruth Pranga and Brad Pranga seek recovery of damages in excess of $75,000.

2.

The Plaintiffs are now, were at the time of the commencement of this action, and at all times since have been citizens and residents of the State of Georgia.

3.

Defendant Mary Emily Sanders is now, was at the time of the commencement of this lawsuit, and at all times since has been a citizen and resident of the State of Texas.

4.

Defendant Portier, LLC ("Portier" herein) is a foreign limited liability company organized under the laws of the State of Delaware and its principal place of business in the State of California.

5.

None of the members of Portier, LLC are residents of the State of Georgia.

6.

Defendant Uber Technologies, Inc. ("UTI" herein) and Defendant Uber Technologies (GA), Inc. ("UTGAI" herein) are the same entity for the purposes of this lawsuit and UTI should be dismissed. Within the State of Georgia, UTGAI is a forced fictitious name for UTI because there was an already-existing, unaffiliated entity named "Uber Technologies, Inc." Notwithstanding the foregoing Defendant

UTI is an out-of-state stock corporation organized under the laws of the State of Delaware and its principal place of business in the State of California.

7.

Defendant Uber Technologies (GA), Inc. is a foreign profit corporation organized under the laws of the State of Delaware and its principal business is in the State of California.

8.

Defendant Rasier, LLC ("Rasier" herein) is a foreign limited liability company organized under the laws of the State of Delaware and its principal place of business is in the State of California.

9.

None of the members of Rasier, LLC are residents of the State of Georgia.

10.

The Defendants attach copies of the following documents that were filed with the State Court of Henry County:

Exhibit A   Complaint;

Exhibit B   Answer of Mary Emily Sanders;

Exhibit C   Demand for Twelve-Person Jury;

Exhibit D   Stipulation Extending Time for Defendants Portier, LLC, Uber Technologies, Inc., Uber Technologies (GA), Inc. and Rasier, LLC to File Answer and Respond to Discovery.

11.

In Plaintiffs' Complaint, which was filed in the State Court of Henry County, Plaintiff Ruth Pranga asserts that she suffered permanent bodily injuries and that she is entitled to an award of special damages for past and future medical expenses and lost wages. Plaintiff Brad Pranga seeks an award of damages for loss of consortium. In their Complaint, the Plaintiffs further allege a claim for expenses of litigation, including reasonable attorney's fees under O.C.G.A. § 13-6-11.

12.

Plaintiffs Ruth Pranga and Brad Pranga, through their counsel, Scott Key, have indicated that they are seeking to recover in excess of $75,000. Set forth below is the December 21, 2023 e-mail from Mr. Key to that effect.

---

**From:** J. Scott Key <scott@scottkeylaw.com>
**Sent:** Thursday, December 21, 2023 2:20 PM
**To:** Gene Major
**Cc:** Christina Fortier; Robyn Roth; Ryan Kontos; Vickie Hemsworth; wgreene@chartwelllaw.com
**Subject:** Re: Pranga v. Sanders, Portier

We are seeking in excess of $75k.

Scott

Scott Key
Attorney At Law
scott@scottkeylaw.com | 678.610.6624
199 W Jefferson St. | Madison, Ga 30650
scottkeylaw.com

13.

The loss of consortium claim of Mr. Brad Pranga falls within this Court's supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, as the consortium claim is solely related to the underlying claim of Plaintiff Ms. Ruth Pranga and it forms a part of the same case and controversy. Additionally, the consortium claim of Mr. Pranga involves the same facts, occurrence, witnesses and evidence as the claim of Ms. Pranga. <u>Palmer v. Hosp. Auth of Randolph County</u>, 22 F.3d 1559, 1566 (11th Cir., 1994). Pursuant to 28 U.S.C. § 1367, this Court may exercise its supplemental jurisdiction over the loss of consortium claim of Plaintiff Brad Pranga.

14.

Now within thirty (30) days after receipt of Plaintiffs' Complaint, and papers reflecting that the amount in controversy exceeds $75,000, Defendants hereby remove the within action to the U.S. District Court for the Northern District of Georgia, Atlanta Division pursuant to 28 U.S.C. § 1446(b).

15.

This action could have originally been brought in this Court under 28 U.S.C.§ 1332, in that it is a civil action wherein the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and cost, and there is diversity of citizenship between the parties.

16.

As between the Plaintiffs and all named Defendants there exists complete diversity of citizenship under 28 U.S.C. § 1332(a).

17.

Pursuant to 28 U.S.C. § 1441, et seq., this action is now removable by reason of diversity of citizenship, there being more than $75,000.00 in controversy, exclusive of interest and costs.

18.

Defendant Mary Emily Sanders will file a Notice of Removal in the State Court of Henry County, Georgia advising that the within action has been removed to U.S. District Court.

WHEREFORE, Defendants Mary Emily Sanders, Portier LLC, Uber Technologies Inc., Uber Technologies (GA) Inc., and Rasier LLC hereby file the within Petition for Removal to this Honorable Court.

FAIN MAJOR & BRENNAN, P.C.

*/s/Gene A. Major*
GENE A. MAJOR
Georgia Bar No. 466650
ROBYN M. ROTH
Georgia Bar No. 143025
*Counsel for Defendant Mary Emily Sanders*

One Premier Plaza
5605 Glenridge Drive, N.E., Suite 900
Atlanta, Georgia  30342
(404) 688-6633
gmajor@fainmajor.com
rroth@fainmajor.com

|  |  |
|---|---|
|  | CHARTWELL LAW |
|  | */s/Whitney L. Greene* |
|  | WHITNEY L. GREENE |
|  | Georgia Bar No. 955783 |
| 3200 Cobb Galleria Pkwy., Suite 250 | *Counsel for Defendants Portier LLC,* |
| Atlanta, GA 30339 | *Uber Technologies Inc., Uber* |
| (404) 334-9340 | *Technologies (GA) Inc., and Rasier LLC* |
| wgreene@chartwelllaw.com |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RUTH PRANGA and<br>BRAD PRANGA | : :<br>: | |
| Plaintiffs | : :<br>: | CIVIL ACTION |
| v. | : : | FILE NO. |
| MARY EMILY SANDERS,<br>PORTIER LLC, UBER<br>TECHNOLOGIES INC., UBER<br>TECHNOLOGIES (GA) INC.  ,<br>and RASIER LLC | :<br>:<br>:<br>:<br>:<br>: | |
| Defendants | :<br>: | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon all counsel in the foregoing matter a copy of the foregoing **Petition for Removal** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

This 28th day of December, 2023.

FAIN MAJOR & BRENNAN, P.C.

*/s/Gene A. Major*
GENE A. MAJOR
Georgia Bar No. 466650
ROBYN M. ROTH
Georgia Bar No. 143025
*Counsel for Defendant Mary Emily Sanders*

One Premier Plaza
5605 Glenridge Drive, N.E., Suite 900
Atlanta, Georgia  30342
(404) 688-6633
gmajor@fainmajor.com
rroth@fainmajor.com