IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RUTH PRANGA and BRAD PRANGA, | : : : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : FILE NO. 1:23-cv-06010-ELR : |
| MARY EMILY SANDERS, | : : |
| Defendant. | : |

## STIPULATION TO DISMISS WITH PREJUDICE

The above and foregoing civil action having been settled by and between the parties, you are hereby authorized and requested to dismiss with prejudice said civil action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

It is further stipulated and agreed that the taxation of costs is waived and each party will bear their costs including costs of Court which have previously been paid in full by the parties.

This 17th day of September, 2024.

| | |
|---|---|
| J. SCOTT KEY, LLC | FAIN MAJOR BRENNAN SANFORD & HARDEE, P.C. |
| */s/J. Scott Key* | |
| JOSEPH SCOTT KEY | */s/Robyn M. Roth* |
| Georgia Bar No. 416839 | ROBYN M. ROTH |
| 199 West Jefferson Street | Georgia Bar No. 153025 |
| Madison, GA 30650 | 5605 Glenridge Drive, N.E., Suite 900 |
| (678) 610-6624 | Atlanta, GA 30342 |
| scott@scottkeylaw.com | (404) 688-6633 |
| *Counsel for Plaintiffs* | rroth@fainmajor.com |
| | *Counsel for Defendant* |